Brian A. Tillema, Lee's Summit, MO, for appellant.

Kim S. Summers, Kansas City, MO, for respondent Richard A. Conner.

Frank J. Murphy, Kansas City, MO, for respondent Nelson Conner.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, JAMES M. SMART, Judge and GARY D. WITT, Judge.

## ORDER

Gwen Froeschner Hart, Columbia, MO, for Appellant.

Larry R. Ruhmann, Jefferson City, MO, for Respondent.

Before Division Two: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

## *ORDER*

PER CURIAM:

A–1 Express Taxi and Limo, LLC, appeals the Labor and Industrial Relations Commission's determination that it is an employer subject to Missouri Employment Security Law. On appeal, A–1 Express claims that the overwhelming weight of the evidence showed that its taxi drivers were independent contractors. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The decision of the Commission is affirmed. Rule 84.16(b).

■

## A–1 EXPRESS TAXI AND LIMO, LLC, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent.

### No. WD 73584.

Missouri Court of Appeals, Western District.

Nov. 29, 2011.